AUSA:   Brandy McMillion     Telephone:  (313) 226-9100
Task Force Officer:   John Leutzinger     Telephone:  (313) 237-4000

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.

Demond Ethridge

Case: 2:23−mj−30056
Assigned To : Unassigned
Assign. Date : 2/9/2023
CMP: USA v ETHRIDGE (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 7, 2023 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer John Leutzinger (DEA)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ February 9, 2023 _____

City and state: _ Detroit, Michigan _____

_____
*Judge's signature*

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT
## OF CRIMINAL COMPLAINT

I, Task Force Officer John Leutzinger, being first duly sworn, depose and state follows:

## INTRODUCTION

1.      I have been employed since 2016 as a Law Enforcement Officer by the City of Warren as defined by 1965 PA 203, MCL 28.602. My responsibilities include the prevention and detection of crime and the enforcement of the general criminal laws of the state of Michigan. I have six years of law enforcement experience, one year prior at the Detroit Police Department, working patrol along with being on Special Operations at the 6th precinct. I have previously been assigned to the Warren Police Departments patrol and Special Investigation Division (SID). While working as an undercover narcotics officer with SID, my duties include performing complex investigations into the unlawful trafficking of controlled substances, controlled substance possession with intent to distribute, controlled substance manufacturing and the use of controlled substances. While assigned to Warren SID, I have been recognized as an expert witness in the 37th District Court on drug related investigations. I am a graduate of Olivet College with a bachelor's degree in Criminal Justice. I also have a master's degree in Criminal Justice from the University of Cincinnati. I graduated of the Detroit

1

Police Academy and received basic training in narcotic investigations. I have further received Undercover Police Surveillance through Fortis Group (40 Hours).

2.     I have been a Drug Enforcement Administration (DEA) Task Force Officer (TFO) since December of 2021, and am currently assigned to the Detroit Division Office, Task Force Group 8 (TFG8). As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United Code, Section 2510(7), that is, an officer of the United States who is authorized by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 and 21 of the United States Code.

3.     During my law enforcement career, I have learned various methods by which drug traffickers possess and distribute controlled substances; the manner and means in which they conceal and launder the proceeds from the distribution of controlled substances; the manner and means in which they protect their proceeds and their controlled substances; and the manner and means by which drug traffickers attempt to avoid law enforcement detection of their activities.

4.     During my law enforcement career, I have participated in state and federal search, seizure and arrest warrants pertaining to the seizure of all types of criminal evidence, such as illegal drugs, drug paraphernalia, drug records, drug proceeds, and evidence of other types of crimes and arrests of individuals involved

in drug trafficking activities. I have received training in the enforcement of drug laws, with an emphasis on drug trafficking and drug organizations.

5.     Through my prior knowledge and experience, I have become familiar with the patterns of activity of drug traffickers, the types and amounts of profits made by drug dealers, and the methods, language, and terms that are used to disguise the source and nature of the profits from their illegal drug dealings. I am familiar with the ways in which drug traffickers conduct their business, including the various means and methods by which drug trafficker's import and distribute drugs, and the ways that drug traffickers use electronic devices including cellular telephones, to facilitate their activity. Drug traffickers also use numerical codes and codes words to conduct their transactions. From my training and experience, I have learned that drug traffickers often obtain cellular telephones in fictions names and/or the names of third parties in an effort to conceal their activities from law enforcement. I am also familiar with the ways in which drug traffickers conceal, convert, transmit, and transport their drug proceeds, including, but not limited to the use of couriers to transport currency and proceeds, the use of thirds parties and nominees to purchase or to hold title assets.

6.     I know that individuals involved in the manufacture, possession with intent to distribute, and distribution of controlled substances will sometimes maintain records of their narcotics transactions including, but not limited to books,

3

ledgers, receipts, notes, and other papers relating to the manufacture, transportation, possession, and distribution of large quantities of the controlled dangerous substances.

7.     I make this affidavit from personal knowledge based on my participation in this investigation, including the writing and review of reports by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances describes herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the details or facts related to this investigation.

## EXECUTIVE SUMMARY

8.     In November of 2022, the Warren Police Department's Special Investigations Division (SID) conducted an ongoing investigation into Demon ETHRIDGE aka "D" distributing crack cocaine in and around the City of Warren, MI. In December 2022, a Warren Undercover Officer (UC) was introduced to ETHRIDGE.  From December 2022 to February 2023, the UC ultimately conducted six different under cover narcotic transactions – purchasing from ETHRIDGE an eighth of an ounce of crack cocaine during each transaction. Investigators identified ETHRIDGE to be living at his registered address, 18037 Santa Barbara Street in the City of Detroit. In February 2023, officers executed a

4

search warrant at that location, and ETHRIDGE was found in possession of 629.4 grams of cocaine, 149.2 grams of fentanyl, and ammunition.

## PROBABLE CAUSE

9.      I have probable cause to believe that on February 7, 2023, in the Eastern District of Michigan, Demond ETHRIDGE knowingly and intentionally possessed with the intent to distribute and did distribute controlled substances including fentanyl and cocaine, in violation of Title 21 United States Code, Section 841(a)(1).

10.     On six separate occasions between December 5, 2022 and February 6, 2023, a Warren UC purchased crack cocaine from ETHRIDGE.  The UC contacted ETHRIDGE via cellular telephone and made arrangements to purchase an eighth of an ounce of crack cocaine. On all six dates, the UC met ETHRIDGE in the city of Warren, Michigan, where the UC received the controlled substances from ETHRIDGE in exchange for United States currency.

11.     The controlled substances the UC received from ETHRIDGE during each of these purchases were field-tested and yielded positive results of cocaine.

12.     On February 7, 2023, law enforcement executed a search warrant at ETHRIDGE's residence in the city of Detroit. During the search of the residence,

law enforcement recovered distribution quantities of cocaine (629.4 grams) and distribution quantities of fentanyl (149.2 grams).

## CONCLUSION

13.    Based on the facts established throughout this affidavit, probable cause exits to believe that on February 7, 2023, in the Eastern District of Michigan, Demond ETHRIDGE did knowingly and intentionally possess with intent to distribute and controlled substances including fentanyl and cocaine, in violation of Title 21 United States Code Section 841(a)(1).


_____

John Leutzinger, Task Force Officer
Drug Enforcement Administration


Sworn to and subscribed before me
This 9th day of February 2023.


_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE